# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PIUS AWUAH, NILTON DOS SANTOS, GERALDO CORREIA, DENISSE PINEDA, JAI PREM, ALDIVAR BRANDAO,** and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**COVERALL NORTH AMERICA, INC.,**<br><br>Defendant. | Case No. 07-10287 |

### DEFENDANT COVERALL NORTH AMERICA, INC.'S
### MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(A) OR, IN THE ALTERNATIVE, TO DISMISS THE CLAIMS OF PLAINTIFF JAI PREM

Defendant, Coverall North America, Inc. ("Coverall"), by its attorneys, respectfully moves: (i) pursuant to 28 U.S.C. § 1404(a), to transfer Plaintiff Jai Prem's ("Prem's") claims in this action to the United States District Court for the District of New Jersey or, in the alternative; (ii) to dismiss Prem's claims pursuant to Rules 12(b)(6), 8, and 9 of the Federal Rules of Civil Procedure.

Prem's complaint should be transferred to New Jersey because there is no question that the action could have originally been brought in the District of New Jersey, and transfer is appropriate where the private and public interest factors weigh in favor of litigating this action in New Jersey. Alternatively, this court should dismiss Prem's claims against Coverall pursuant to Rule 12(b) (6), 8, and 9 because his claims are (1) time barred; and (2) in sufficient as a matter of law. In support of its Motion, Coverall files herewith a *Memorandum of Law* and the declarations of Shirley Klein (Exhibit A to the Memorandum), Kevin Derella (Exhibit B to the Memorandum), and Tom Visaggio (Exhibit C to the Memorandum).

**COVERALL NORTH AMERICA, INC.**,

By its attorneys,

  /s/ Michael D. Vhay
Michael D. Vhay (BBO No. 566444)
Lisa Core (BBO No. 658709)
DLA P<small>IPER</small> US LLP
33 Arch Street, 26th Floor
Boston, MA  02110-1447
(617) 406-6000

Norman M. Leon
John A. Hughes
DLA P<small>IPER</small> US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL  60601
(312) 368-4000

John Dienelt
DLA P<small>IPER</small> US LLP
1200 Nineteenth Street, NW
Washington, DC  20036
(202) 861-3900

**RULE 7.1 CERTIFICATION**

I hereby certify that I have attempted to confer in good faith to resolve or narrow the issues presented by this motion.

  /s/ Lisa S. Core
Lisa S. Core

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 29, 2007.

  /s/ Lisa S. Core
Lisa S. Core