# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PIUS AWUAH, NILTON DOS SANTOS, GERALDO CORREIA, DENISSE PINEDA, JAI PREM, AND ALDIVAR BRANDAO, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COVERALL NORTH AMERICA, INC.,<br><br>Defendant. | Civil Action No. 07-10287 |

## PLAINTIFFS' OPPOSITION TO
## DEFENDANT COVERALL NORTH AMERICA, INC.'S MOTION TO STAY PROCEEDINGS AS TO PLAINTIFF PIUS AWUAH PENDING ARBITRATION AND TO EXTEND TIME TO RESPOND TO THE COMPLAINT

Plaintiffs have responded to all six of the motions filed by Coverall (Docket Nos. 14-23, 26-28) in Plaintiffs' Opposition to Defendant's Motions (Docket No. 30). For the reasons set forth therein, see especially Section II, the Court should deny Coverall's Motion to Stay Proceedings as to Plaintiff Pius Awuah Pending Arbitration and to Extend Time to Respond to the Complaint.

Respectfully submitted,

PIUS AWUAH, NILTON DOS SANTOS,
GERALDO CORREIA, DENISSE PINEDA, JAI
PREM, ALDIVAR BRANDAO,
and all others similarly situated,

By their attorneys,

 s/ Hillary Schwab
Shannon Liss-Riordan, BBO #640716
Harold L. Lichten, BBO #549689
Hillary Schwab, BBO #666029
PYLE, ROME, LICHTEN, EHRENBERG
         & LISS-RIORDAN, P.C.
18 Tremont Street, 5th Floor
Boston, MA 02108
(617) 367-7200

Jerald R. Cureton, admitted *pro hac vice*
Anthony L. Marchetti, admitted *pro hac vice*
CURETON CAPLAN
3000 Midlantic Drive, Suite 200
Mt. Laurel, NJ 08054
(856) 824-1001

Dated:      August 13, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2007, I caused a copy of this document to be served by electronic filing on all counsel of record.

 s/ Hillary Schwab
Hillary Schwab, Esq.