**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

---

| | |
|---|---|
| PIUS AWUAH, NILTON DOS SANTOS, GERALDO CORREIA, BENECIRA CAVALCANTE, DENISSE PINEDA, JAI PREM, ALDIVAR BRANDAO, PHILLIP BEITZ, RICHARD BARRIENTOS, MARIAN LEWIS, STANLEY STEWART, and all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>COVERALL NORTH AMERICA, INC.,<br><br>          Defendant. | Civil Action No. 07-10287 |

**PLAINTIFFS' OPPOSITION TO COVERALL'S EMERGENCY MOTION TO STAY PROCEEDINGS INVOLVING ARBITRATION PLAINTIFFS PENDING APPEAL**

      Coverall has appealed the Court's order of July 1, 2008, contending that the Court erroneously denied Coverall's petition to compel arbitration, and now seeks a stay of proceedings related to the plaintiffs with arbitration clauses. The stay should be denied for the simple reason that Coverall's appeal is frivolous. The Court of Appeals does not have jurisdiction to hear the appeal at this point since the Court has not actually denied Coverall's request to compel arbitration. The Court has instead essentially taken the matter under advisement by referring the parties to the Magistrate Judge for purposes of developing a record related to Plaintiffs' challenge to the arbitration agreement.

By contending that the Court denied its request to compel arbitration even with respect to the arbitrability of Plaintiffs' challenge to the arbitration agreement, Coverall continues to take this case down the path of the absurd and deeper into a procedural black hole -- demonstrating once again its true goal of delaying interminably the parties ever reaching the merits of this case which raises serious allegations of widespread fraud committed by an international corporation against low-income, primarily immigrant janitorial workers.  Coverall's affinity for litigating every possible issue (and appealing every conceivably adverse ruling) likewise demonstrates again that its concern is not, as it professes, to address these allegations through the purportedly simpler, more efficient and economic forum of arbitration, but instead to forestall the case from ever reaching the merits.

Plaintiffs are prepared to proceed with the development of the record that the Court referred to the Magistrate Judge.  Since the Magistrate Judge has not yet scheduled a hearing, obtaining a Report and Recommendation by Labor Day might be a bit optimistic, but Plaintiffs are prepared to work expeditiously to complete the development of the record, as directed by the Court.  The Court should not stay this process while Coverall pursues an appeal over which the First Circuit lacks jurisdiction.

Respectfully submitted,

PIUS AWUAH, NILTON DOS SANTOS, GERALDO CORREIA, BENECIRA CAVALCANTE, DENISSE PINEDA, JAI PREM, ALDIVAR BRANDAO, PHILLIP BEITZ, RICHARD BARRIENTOS, MARIAN LEWIS, STANLEY STEWART,
and all others similarly situated,

By their attorneys,

　/s/ Shannon Liss-Riordan_____
Shannon Liss-Riordan, BBO #640716
Harold L. Lichten, BBO #549689
Hillary Schwab, BBO #666029
PYLE, ROME, LICHTEN, EHRENBERG
　　& LISS-RIORDAN, P.C.
18 Tremont Street, 5th Floor
Boston, MA 02108
(617) 367-7200

Jerald R. Cureton, admitted *pro hac vice*
Anthony L. Marchetti, admitted *pro hac vice*
CURETON CAPLAN
3000 Midlantic Drive, Suite 200
Mt. Laurel, NJ 08054
(856) 824-1001

Dated:       July 17, 2008

## CERTIFICATE OF SERVICE

　　I hereby certify that on July 17, 2008, I caused a copy of this document to be served by electronic filing on all counsel of record.

　/s/ Shannon Liss-Riordan_____
Shannon Liss-Riordan, Esq.