

CERTIFIED COPY

# United States Court of Appeals
## For the First Circuit

No. 08-1920

PIUS AWUAH, ET AL.,

Plaintiffs, Appellees,

v.

COVERALL NORTH AMERICA, INC.,

Defendant, Appellant.

Before

Lynch, Chief Judge,
Torruella and Boudin, Circuit Judges.

ORDER OF COURT

Entered: July 31, 2008

In its Emergency Motion to Stay, defendant Coverall North America, Inc., seeks a stay of the proceedings in the district court pending its appeal from the district court's July 1, 2008 Order. Without deciding whether to adopt the majority rule concerning stays of proceedings pending appeal in cases involving arbitration, see Ehleiter v. Grapetree Shores, Inc., 482 F.3d 207, 215 n.6 (3d Cir. 2007) (citing cases), we conclude, after review of the papers, that a stay should be granted in this case.

In addition, recognizing these plaintiffs' interest in proceeding with the litigation in whatever forum is appropriate, we grant defendant's motion for expedited briefing and argument. The Court will establish a schedule shortly.

Coverall's request for a stay pending appeal is therefore allowed. The July 31, 2008 hearing and all other proceedings in

the district court relating to plaintiffs Pius Awuah, Denisse Pineda and Richard Barrientos are stayed pending appeal.

So ordered.

By the Court:

/s/ Richard Cushing Donovan, Clerk.

Cert. cc:
Hon. William G. Young
Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts
cc:
Hon. Maryanne M. Bowler
Lisa S. Core
Hillary A. Schwab
Harold L. Lichten
Robert Zarco
Norman M. Leon
Bruce S. Barnett
Michael D. Vhay
Shannon Liss-Riordan
Jennifer L. Sullivan
Anthony L. Marchetti
Jerald R. Cureton
Michelle Odio
Erica F. Crystal
John F. Dienelt
John A. Hughes