# United States Court of Appeals
## For the First Circuit

No. 08-1920

PIUS AWUAH; DENISSE PINEDA; JAI PREM; ALDIVAR BRANDAO; NILTON DOS SANTOS; GERALDO CORREIA; PHILLIP BEITZ; RICHARD BARRIENTOS; MARIAN LEWIS; STANLEY STEWART, and all others similarly situated; BENECIRA CAVALCANTE

Plaintiffs - Appellees

v.

COVERALL NORTH AMERICA, INC.

Defendant - Appellant

ORDER OF COURT

Entered: August 1, 2008
Pursuant to 1st Cir. R. 27.0(d)

Defendant-appellant's opening brief and appendix shall be filed so that they are received by this court and plaintiffs-appellees on or before August 25, 2008 at 5:00 p.m. Plaintiffs-appellees responsive brief shall be filed so that it is received by this court and defendant-appellant on or before September 15, 2008 at 5:00 p.m. Any reply brief shall be filed on or before September 22, 2008. It is anticipated that oral argument will be scheduled for the October session. No briefing extensions will be allowed absent extraordinary circumstances.

By the Court:

/s/ Richard Cushing Donovan, Clerk.

cc:
Lisa S. Core
Hillary A. Schwab
Harold L. Lichten
Robert Zarco
Norman M. Leon
Bruce S. Barnett
Michael D. Vhay
Shannon Liss-Riordan
Jennifer L. Sullivan
Anthony L. Marchetti
Jerald R. Cureton
Michelle Odio
Erica F. Crystal
John F. Dienelt
John A. Hughes