# United States Court of Appeals
## For the First Circuit

No. 08-1920

PIUS AWUAH, NILTON DOS SANTOS, GERALDO CORREIA, BENECIRA CAVALCANTE, DENISSE PINEDA, JAI PREM, ALDIVAR BRANDAO, PHILLIP BEITZ, RICHARD BARRIENTOS, MARIAN LEWIS, STANLEY STEWART, and all others similarly situated,

Plaintiffs, Appellees,

v.

COVERALL NORTH AMERICA, INC.,

Defendant, Appellant.

### JUDGMENT

Entered: January 23, 2009

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's refusal to order arbitration is affirmed, and the matter is remanded to the district court for proceedings consistent with the opinion issued this day.

The stay imposed by this court will terminate when the mandate issues.

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Hon. William G. Young, Ms. Sarah A. Thornton, Clerk, United States District Court for the District of Massachusetts, Ms. Liss-Riordan, Ms. Schwab, Mr. Lichten, Ms. Core, Ms. Sullivan, Mr. Marchetti, Mr. Cureton, Ms.Crystal, Mr. Dienelt, Mr. Hughes, Mr. Barnett, Mr. Vhay & Mr. Leon.