UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 07-cv-10287

Pius Awuah, et al

v.

Coverall North America, Inc.,

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

156, 157, Electronic Order

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/27/2009.

Sarah A Thornton, Clerk of Court

By: _____
   Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/4/9

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 09-1384

- 3/06