**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Pius Awuah et al
_____
                Plaintiff(s)

                V.                                                                     CIVIL ACTION

Coverall North America, Inc.                                              NO. 07cv10287-WGY
_____
                Defendant(s)

**ORDER OF REFERENCE**
**FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to _____ADR Program -9/2009_____ for the following ADR program:

_____ SCREENING CONFERENCE          _____ EARLY NEUTRAL EVALUATION

\_\_\_X\_\_\_ MEDIATION                                  _____ MINI-TRIAL

_____ SUMMARY JURY TRIAL              _____ SETTLEMENT CONFERENCE

_____ SPECIAL MASTER

_____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.   If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

September  28, 2009                                                         /s/ William G. Young
_____                          _____
              DATE                                                              UNITED STATES DISTRICT JUDGE

**CASE CATEGORY**

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | | _____ | |

(ADR Referral.wpd - 4/12/2000)                                                                                              [orefadr.]