IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PIUS AWUAH, NILTON DOS SANTOS, GERALDO CORREIA, BENECIRA CAVALCANTE, DENISSE PINEDA, JAI PREM, ALDIVAR BRANDAO, PHILLIP BEITZ, RICHARD BARRIENTOS, MARIAN LEWIS, STANLEY STEWART, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COVERALL NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 1:07-cv-10287-WGY |

**JOINT STATEMENT REGARDING MEDIATION**

In accordance with the Court's order dated September 29, 2009, Plaintiffs Pius Awuah et al. and defendant Coverall North America, Inc. state that they have conferred about mediation and have agreed that it would be most fruitful to schedule mediation once the Court has ruled on any motions for class certification that Plaintiffs may file.

| **PIUS AWUAH, et al.,** | **COVERALL NORTH AMERICA, INC.**, |
|---|---|
| By their attorneys, | By its attorneys, |
| /s/ Shannon Liss-Riordan | /s/ Michael D. Vhay |
| Shannon Liss-Riordan, BBO #640716 | Michael D. Vhay (BBO No. 566444) |
| Harold L. Lichten, BBO #549689 | Paul S. Ham (BBO No. 673193) |
| Hillary Schwab, BBO #666029 | DLA PIPER LLP (US) |
| LICHTEN & LISS-RIORDAN, P.C. | 33 Arch Street, 26th Floor |
| 100 Cambridge Street, 20th Floor | Boston, MA  02110-1447 |
| Boston, MA  02114 | (617) 406-6000 |
| (617) 994-5800 | |

EAST\42593161.1

                                          Norman M. Leon
                                          John A. Hughes
                                          DLA PIPER LLP (US)
                                          203 North LaSalle Street, Suite 1900
                                          Chicago, IL  60601
                                          (312) 368-4000

                                          John Dienelt
                                          DLA PIPER LLP (US)
                                          500 Eighth Street, NW
                                          Washington, DC 20004
                                          (202) 799-4000

Dated:  October 22, 2009

EAST\42593161.1                            2