# United States District Court
# District of Massachusetts

PIUS AWUAH, ET AL.,
    Plaintiffs,

    V.                          CIVIL ACTION NO. 2007-10287-WGY

COVERALL NORTH AMERICA, INC.,
    Defendant.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

This case was referred for the following ADR proceeding:

\_\_\_\_\_ EARLY NEUTRAL EVALUATION     \_\_X\_\_ MEDIATION
\_\_\_\_\_ MINI-TRIAL     \_\_\_\_\_ SUMMARY JURY TRIAL
\_\_\_\_\_ SETTLEMENT CONFERENCE

The parties do not wish to mediate the case until after a motion for class certification is filed and decided. *See* #186. Therefore, the case is RETURNED; it may be re-referred for mediation when a motion for class certification is filed and decided.

<u>October 26, 2009</u>                            */s/ Robert B. Collings*
      DATE                                   ROBERT B. COLLINGS
                                                   United States Magistrate Judge

Copy to:    Judge Young
                Yvonne Franklin