UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PIUS AWUAH,** et al., and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**COVERALL NORTH AMERICA, INC.,**<br><br>Defendant. | **Case No. 07-10287** |

### COVERALL NORTH AMERICA, INC'S
### RENEWED MOTION FOR SUMMARY JUDGMENT
### AS TO THE CLAIMS OF MARIAN LEWIS, STANLEY STEWART,
### PHILLIP BEITZ AND NILTON DOS SANTOS

Coverall North America, Inc. ("Coverall NA") renews its previous motions (see Dkt. Nos. 26, 81, 83 and 85) for summary judgment as to all claims raised by Marian Lewis, Stanley Stewart, Phillip Beitz and Nilton dos Santos, four of eleven named plaintiffs in this case. These plaintiffs' allegations arise from their separate operations of janitorial franchises in Texas, California and Central Massachusetts. The undisputed facts show that each plaintiff purchased his or her franchise from Pacific Commercial Services, LLC ("PCS"), Melton Franchise Systems, Inc. ("Melton"), or R. & B. Services, Inc. ("R. & B.") – three entities in which Coverall NA has no ownership interest. The undisputed facts also show that Coverall NA has no other contractual, franchise, or employment relationship with Lewis, Stewart, Beitz or dos Santos from which claims against Coverall NA could arise.

In response to Coverall NA's prior motions for summary judgment, Lewis, Stewart, Beitz and dos Santos moved under Rule 56(f), Fed.R.Civ.P., to postpone their opposition to Coverall NA's motions. See Dkt. Nos. 55, 109, 110, 111, 114 at 4-7. Plaintiffs contended that they had

not completed discovery into whether Coverall NA could be held vicariously liable for PCS, Melton and R. & B.'s alleged misconduct. See Dkt. No. 55 at 3; Dkt. No. 114 at 4-7. Discovery is now complete. The undisputed facts show that Coverall NA is <u>not</u> vicariously liable for any of PCS, Melton or R. & B.'s alleged actions toward Lewis, Stewart, Beitz or dos Santos.

In support of this motion, Coverall NA files herewith a memorandum of law, a Local Rule 56.1 statement, and the Affidavits of Kevin Derella, Alexandra Lange and Michael D. Vhay, Esq.

**COVERALL NORTH AMERICA, INC.**

By its attorneys,

_____/s/ Michael D. Vhay_____
Michael D. Vhay (BBO No. 566444)
Matthew Iverson (BBO No. 653880)
Paul S. Ham (BBO No. 673193)
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA  02110-1447
(617) 406-6000

Norman M. Leon
John A. Hughes
DLA PIPER LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL  60601
(312) 368-4000

John Dienelt
DLA PIPER LLP (US)
1200 Nineteenth Street, NW
Washington, DC  20036
(202) 861-3900

Dated: December 18, 2009

**RULE 7.1 CERTIFICATION**

I hereby certify that I have conferred in good faith to resolve or narrow the issues presented by this motion.

   __/s/ Michael D. Vhay___
Michael D. Vhay