Steve Cumbow
487 Oak Point Roa
Osprey, FL 34229
Tel. 561-400-5380

JANI-KING

---

## INVOICE – Jani-King Matter

May, 28, 2009

Alex Sugerman-Brozan, Esq.
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

1127

Services Rendered:   Professional fees for consulting on cleaning franchise matters (7.5 hours). This includes document review and analysis, preparation of affidavit and conference calls held during the month of May.

Payment Due:   $1,500.00 (one thousand five hundred dollars)

Payment Instructions:

If paying by wire transfer, please remit to the benefit of –

Steve Cumbow
Account Number [redacted]
Bank of America
ABA # [redacted]

CUMBOW 000008



Steve Cumbow
487 Oak Point Roa
Osprey, FL 34229
Tel. 561-400-5380

## INVOICE – Jan-Pro Matter

May, 28, 2009

Alex Sugerman-Brozan, Esq.
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

1130

Services Rendered: Professional fees for consulting on cleaning franchise matters (6.0 hours). This includes document review and analysis conducted during the month of May.

Payment Due: $1,200.00 (one thousand five hundred dollars)

Payment Instructions:

If paying by wire transfer, please remit to the benefit of –

Steve Cumbow
Account Number ███████████
Bank of America
ABA # ███████