UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PIUS AWUAH, et al., and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COVERALL NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 07-10287-WGY |

**COVERALL NORTH AMERICA, INC.'S OFFER OF JUDGMENT
AS TO PLAINTIFF JAI PREM**

Pursuant to Fed. R. Civ. P. 68, defendant Coverall North America, Inc. hereby offers to allow a judgment to be entered against it, and in favor of plaintiff Jai Prem, on all counts of the Third Amended Complaint in the total amount of $5,000.00, inclusive of all costs, attorneys fees, and any other relief sought by plaintiff Prem.

This offer of judgment is made solely for the purposes specified in Rule 68. Pursuant to Rule 68, this offer shall lapse if not accepted in writing within fourteen (14) days of the date of service of this offer.

**COVERALL NORTH AMERICA, INC.**

By its attorneys,

/s/ Michael D. Vhay
Michael D. Vhay (BBO No. 566444)
Matthew Iverson (BBO No. 653880)
Paul S. Ham (BBO No. 673193)
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000

EAST\43094825.1

Norman M. Leon
John A. Hughes
DLA PIPER LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL 60601
(312) 368-4000

John F. Dienelt
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
(202) 799-4270

Dated: July 19, 2010

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 7/19/2010