**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____
                                                                    )
PIUS AWUAH, et al.                                          )
and all others similarly situated,                       )
                                                                    )
      Plaintiffs,                  )
                                                                    )
                                                                    )  Civil Action No. 07-10287
     v.                                    )
                                                                    )
COVERALL NORTH AMERICA, INC.,      )
                                                                    )
      Defendant.                 )
_____)


## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Plaintiff Jai Prem hereby accepts the offer of the Defendant Coverall North America, Inc. to allow judgment to be entered against it, and in favor of Plaintiff Jai Prem, on all counts of the Third Amended Complaint.

        Respectfully submitted,

        PIUS AWUAH, et al.,
        and all others similarly situated,

        By their attorneys,


        __/s/  Shannon Liss-Riordan_____
        Shannon Liss-Riordan, BBO #640716
        Hillary Schwab, BBO #666029
        LICHTEN & LISS-RIORDAN, P.C.
        100 Cambridge Street, 20th Floor
        Boston, MA 02114
        (617) 994-5800

Dated:  August 2, 2010

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 2, 2010, I caused a copy of this document to be served by electronic filing on all counsel of record.

                                  / s/ Shannon Liss-Riordan_____
                               Shannon Liss-Riordan, Esq.