```
                    CASE NO. 1:07-CV-10287-WGY
            BEFORE THE HONORABLE WILLIAM G. YOUNG, ARBITRATOR
```

```
 _____
                                )
PIUS AWUAH, DENISE PINEDA,      )
RICHARD BARRIENTOS, and         )
MANUEL DASILVA,                 )
                                )
                    Plaintiffs, )
                                )
          v.                    )
                                )
COVERALL NORTH AMERICA, INC.,   )
                                )
                    Defendant.  )
 _____)
```

AWARD

1.  Richard Barrientos, having failed to prove his claim, shall recover nothing.

2.  Denise Pineda has proved that she was misclassified and is actually an employee under the law of New Jersey. Having failed to prove the other elements of her claim, however, she shall recover nothing. No legal fees are awarded to either party.

3.  The damages of Manuel DaSilva and Pius Awuah are calculated as follows:

|  | DASILVA | AWUAH |
|---|---|---|
| **Note deductions from wages** | | |
| Principal | 4,463.98 | 1,254.35 |
| Interest | 1,192.32 | 299.05 |
| Total | **5,656.30** | **1,553.40** |

| | | |
|---|---|---|
| **Interest for late payments** (based on all wages being paid an average of 5 weeks late at 12% per annum) | 94.64 | 33.15 |
| **Total (note deductions and interest on late payments)** | 5,750.94 | 1,586.55 |

To the extent these damages were incurred <u>after</u> December 12, 2006, the date of the decision of the Massachusetts Supreme Judicial Court in <u>Coverall North America, Inc.</u> v. <u>Commissioner of the Div. Of Unemployment Asst.</u>, 447 Mass. 852 (2006), they shall be trebled and 12% interest shall be added to the single damages other than interest on late payments.  The sum of $671.71 - the remaining balance on Awuah's note - shall be set off against his award and the note extinguished.

/s/William G. Young
WILLIAM G. YOUNG
ARBITRATOR