**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| PIUS AWUAH, et al., and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COVERALL NORTH AMERICA, INC.,<br><br>Defendant. | Civil Action No.<br>07-10287-WGY |

**JUDGMENT**
~~(Proposed)~~

It is hereby **ORDERED** and **ADJUDGED**:

1. The following shall have judgment against Coverall North America, Inc. ("Coverall") in the amounts set forth below on Counts VII and VIII of Plaintiffs' Fourth Amended Complaint in this action:

| | |
|---|---|
| Alexander Alencar | $234.51 |
| Raimundo & Stacey Almeida | $13,632.04 |
| Flaviano Anjos | $4,504.86 |
| Winston & Margaret Boston | $15,162.60 |
| Albert Cius & Delette Joseph | $55,422.84 |
| Len Colometo | $17,523.57 |
| Augusta Cooks | $50,885.19 |
| Ary Correa | $25,898.43 |
| Jose L. Costa | $11,135.45 |
| Simone Coutinho | $19,696.11 |
| Joel Cunha | $21,285.56 |
| Hernany DaSilva & Haraguem Fernandes | $45,264.64 |
| Edson De Almeida | $148,272.61 |
| Guilherme DeAlmeida | $13,832.05 |
| Jose DeAndrade | $19,080.29 |

| | |
|---|---|
| Gary DeJulio, Sr. | $21,008.88 |
| Joao DePaula & Thiago Jorge | $38,543.83 |
| Rafael DePaula | $106,499.00 |
| William Despagne | $19,403.58 |
| Michael Deziel | $58,669.79 |
| Nick & Marianne Divasta | $22,948.62 |
| Andre DosSantos | $52.05 |
| Carlos Enamorado | $71,954.92 |
| Fernando Escobar & Maria Ines Vivas | $261,503.83 |
| Gregory Fadakis | $2,474.37 |
| Robert Falta | $30.18 |
| Jadir Farias & Jucara Santos | $3,361.92 |
| Wanda Fernandez | $13,523.69 |
| Isabel Ferreira | $429.39 |
| Fernando Fialho | $31,542.46 |
| David Franca | $20,258.45 |
| Marcelo Franca | $11,591.29 |
| Eber Freitas | $58.36 |
| Erica Garcia | $51,167.02 |
| Joao Gaspar | $12,442.94 |
| Otto Hentschke | $599.00 |
| Mario Herrera | $14,370.62 |
| Yvonne Hill | $12,794.76 |
| Bong Kim | $14,055.48 |
| Stephane Kpalou | $16,801.45 |
| Zewdu Lakew | $42,443.14 |
| Lidia Lopez & Nelson Martinez | $123,683.15 |
| Jean Claude Lougbo | $32,292.85 |
| Sueda Machado & Antonio Ribero | $49,083.11 |
| Kelly McClory | $22,693.77 |
| Edson Mendonca | $11,588.28 |
| Jean Michel | $56,960.87 |
| Maria Milejczak | $37,017.88 |
| Witold Milejczak | $13,248.65 |
| Marcelo Moraes | $32,628.08 |
| Adilsan Moreira | $25,494.31 |
| Ronaldo Moreira & Osualdo De Freitas | $14,186.62 |
| Pedro Nascimento | $2,421.05 |
| Xliene Nascimento & Jatir Viera | $958.61 |
| Sebastiao Neto | $26.00 |
| Bobby & Marcea Nicholson | $53,910.44 |
| Steven Nicholson | $193,955.96 |

| | |
|---|---|
| Aquino & Paulo Nunes | $9,045.83 |
| James Orlando, Jr. & Ernest Currier | $117,701.66 |
| Angel R. Padilla | $108,068.41 |
| Cleidson Pedro | $2,302.88 |
| Driss Rhoufiry | $22,291.63 |
| Lidia Rojas | $35,925.54 |
| Martha Roman | $3,364.63 |
| Neilson Santo | $89,738.94 |
| Jaildo Santos | $55.50 |
| Vanda Serafim | $21,802.46 |
| Flavio Silva | $12,059.72 |
| Nara Silva | $52.92 |
| Rogerio Siqueria | $10,194.90 |
| Magali & Dennis Smith | $79,386.32 |
| Virgilio & Paulo Soares | $62,372.47 |
| Gordon Spencer | $48.32 |
| Ricardo Veiga | $419.99 |
| Janeth Velez | $22,152.54 |
| Julio Cesar Vilela | $140,058.58 |
| Francis A. Viscione III | $1,817.99 |
| Clive Waugh | $635.37 |
| Jonas Yohou & Orisa Monteiro | $194,091.86 |
| Anna Zdzitowiecka | $6,720.97 |
| Claude Zeligou | $28,503.66 |

This amount is exclusive of pre-judgment interest under M.G.L. c.231, 6C as applicable, attorneys' fees, costs and interest, which shall be added to the judgment.

2. The claims asserted by the following against Coverall in Counts VII and VIII of Plaintiffs' Fourth Amended Complaint in this action are dismissed with prejudice because the Court has ruled that the releases that they signed are enforceable:

Raidan & Crisley Alves
Adair Bomfim
Paulo & Marli Campesi
Roberto Costa
Antonio Olovo Da Silva
Sander DeCastro & Roberta Pereira
Jose Paulo DeSouza & Marie Gomes

Sergio dos Anjos
Wudthipong Guygaew
Narcizo Marciel
Jeanna Mateo
David Medina
Filemon Mejia & Juselma Mejia a/k/a Juselma Raminho
Elaine Santos
D Jango Santos
Maronita Silva
Antonio Silva
Adolfo Soares & Edilane Lopes
Dayana Souza
Renato & Alcineia Tomaz

3. The claims asserted by the following against Coverall in Plaintiffs' Third and Fourth Amended Complaints in this action are dismissed with prejudice:

Pius Awuah
Richard Barrientos
Phillip Beitz
Aldivar Brandao
Benecira Cavalcante
Geraldo Correia
Manuel DaSilva
Nilton Dos Santos
Marian Lewis
Denisse Pineda
Stanley Stewart

4. Arbitration claimants Pius Awuah and Manuel DaSilva are awarded $34,119 in attorneys' fees and $3,362.12 in costs.

5. Judgment is entered for Plaintiff Jai Prem on all counts of Plaintiffs' Third Amended Complaint in the amount of $5,000, inclusive of all damages, attorneys' fees, costs, and interest and any other relief sought by Prem.

Judgment shall enter forthwith.

SO ORDERED.

*William G. Young*
WILLIAM G. YOUNG
DISTRICT JUDGE

Dated: *May 10*, 2012