UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PIUS AWUAH, DENISSE PINEDA, JAI PREM, ALDIVAR BRANDAO, RICHARD BARRIENTOS, NILTON DOS SANTOS, GERARDO CORREIA, BENECIRA CAVALCANTE, PHILLIP BEITZ, MARIAN LEWIS, STANLEY STEWARD, ANTHONY GRAFFEO, MANIEL DASILVA, AND ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br> v.<br><br>COVERALL NORTH AMERICA, INC.,<br><br>    Defendant. | CIVIL ACTION<br>NO. 07-10287-WGY |

ORDER

YOUNG, D.J.                                                                 August 15, 2012

 Since Coverall has violated this Court's order by seeking to continue a stay of arbitration for ten arbitration claimants, see ECF No. 491, as a sanction those ten claimants are added to the plaintiff class and may have their damages assessed in the same manner as the other class members.

**SO ORDERED.**

                      By the Court

                      /s/ William G. Young
                      WILLIAM G. YOUNG
                      DISTRICT JUDGE