UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PIUS AWUAH, et al.,<br><br>             Plaintiffs,<br><br>    v.<br><br>COVERALL NORTH AMERICA, INC.,<br><br>             Defendant. | Civil Action No. 07-10287-WGY |

## NOTICE OF APPEAL

Notice is hereby given that defendant Coverall North America, Inc. ("Coverall"), appeals to the United States Court of Appeals for the First Circuit from this Court's October 10, 2012, Order denying Coverall's Motion to Stay Pending Arbitration Proceedings as to New Class Members and Reconsider Sanctions Order.

        **COVERALL NORTH AMERICA, INC.**

        By its attorneys,

        /s/  Matthew Iverson_____
        Michael D. Vhay (BBO No. 566444)
        *michael.vhay@dlapiper.com*
        Matthew J. Iverson (BBO No. 653880)
        *matthew.iverson@dlapiper.com*
        DLA PIPER LLP (US)
        33 Arch Street, 26th Floor
        Boston, MA  02110-1447
        (617) 406-6000 (*telephone*)

        Norman M. Leon
        DLA PIPER LLP (US)
        203 North LaSalle Street, Suite 1900
        Chicago, IL  60601

Dated: November 8, 2012        (312) 368-4000 (*telephone*)

## Certificate of Service

  I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants this same day.

                 /s/ Matthew J. Iverson  _____