UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PIUS AWUAH, et al., and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>COVERALL NORTH AMERICA, INC.,<br><br>　　　　　　Defendant. | Civil Action No.<br>07-10287-WGY |

## FINAL AMENDED JUDGMENT
~~(Proposed)~~

It is hereby **ORDERED** and **ADJUDGED**:

1.　　The following shall have judgment against Coverall North America, Inc. ("Coverall") in the amounts set forth below on Counts VII and VIII of Plaintiffs' Fourth Amended Complaint in this action. These amounts include pre-judgment interest at the rate of 12% per annum pursuant to M.G.L. c.231, § 6C through August 31, 2013.

| Class Member | Damages Amount | Prejudgment Interest Amount | Total Judgment Amount |
|---|---|---|---|
| Alexander Alencar | $1,315.45 | $1,485.17 | $2,800.62 |
| Raimundo & Stacey Almeida | $934.31 | $1,026.73 | $1,961.04 |
| Raidan & Crisley Alves | $9,193.01 | $5,418.47 | $14,611.48 |
| Flaviano Anjos | $1,955.06 | $2,021.10 | $3,976.16 |
| Rafael Bardales | $1,006.26 | $146.13 | $1,152.39 |
| Adair Bomfim | $134,044.62 | $55,283.34 | $189,327.96 |
| Winston & Margaret Boston | $2,249.16 | $2,347.70 | $4,596.86 |
| Carlos Caceda | $33,507.21 | $12,267.51 | $45,774.72 |
| Paulo Campesi and | $13,094.73 | $10,165.31 | $23,260.04 |

| | | | |
|---|---|---|---|
| Marlia Campesi (aka Silva) | | | |
| Albert Cius & Delette Joseph | $43,245.91 | $18,874.70 | $62,120.61 |
| Len Colometo | $12,041.75 | $4,445.12 | $16,486.87 |
| Augusta Cooks | $42,413.79 | $14,388.70 | $56,802.49 |
| Ary Correa | $487.60 | $533.35 | $1,020.95 |
| Jose L. & Roberto Costa | $376.45 | $415.54 | $791.99 |
| Simone Coutinho | $17,984.97 | $3,903.65 | $21,888.62 |
| Joel Leandro Cunha | $21,326.84 | $13,275.52 | $34,602.36 |
| Antonio Olovo Da Silva | $1,607.84 | $1,799.16 | $3,407.00 |
| Hernany Da Silva, Cristiane Da Silva & Haraguem Fernandes | $117,725.97 | $68,396.85 | $186,122.82 |
| Edson De Almeida | $130,870.11 | $61,845.81 | $192,715.92 |
| Guilherme De Almeida | $10,654.76 | $5,316.61 | $15,971.37 |
| Jose De Andrade | $12,073.33 | $4,561.18 | $16,634.51 |
| Sander DeCastro & Roberta Perreira | $2,260.44 | $2,460.99 | $4,721.43 |
| Gary DeJulio, Sr. | $7,387.00 | $7,598.86 | $14,985.86 |
| Joao DePaula & Thiago Jorge | $43,517.53 | $22,710.37 | $66,227.90 |
| Rafael DePaula | $87,815.80 | $38,436.08 | $126,251.88 |
| Jose Paulo DeSouza & Maria Gomes | $22,116.34 | $22,535.98 | $44,652.32 |
| William Despagne | $1,803.58 | $1,946.10 | $3,749.68 |
| Michael Deziel | $48,984.12 | $16,395.26 | $65,379.38 |
| Nick & Marianne Divasta | $11,129.86 | $4,028.76 | $15,158.62 |
| Ann and Joe Doherty | $1,181.59 | $1,280.98 | $2,462.57 |
| Sergio dos Anjos | $7,585.27 | $8,071.09 | $15,656.36 |
| Andre Dos Santos | $4,482.12 | $4,836.28 | $9,318.40 |
| Carlos Enamorado | $46,088.87 | $18,184.38 | $64,273.25 |
| Fernando Escobar & Maria Ines Vivas | $250,939.39 | $74,030.51 | $324,969.90 |
| Gregory Fadakis | $89.66 | $102.13 | $191.79 |
| Robert Falta | $1,425.45 | $1,466.33 | $2,891.78 |
| Jadir Farias & Jucara Santos | $3,361.92 | $3,425.71 | $6,787.63 |

| | | | |
|---|---|---|---|
| Wanda Fernandez & Jeanna Mateo | $17,757.39 | $9,122.18 | $26,879.57 |
| Isabel Ferreira | $19,608.30 | $9,719.52 | $29,327.82 |
| Fernando Fialho | $19,432.86 | $8,690.91 | $28,123.77 |
| Carlitos Fontes | $51,392.81 | $9,734.61 | $61,127.42 |
| Bruce Fowler | $3,389.37 | $3,334.36 | $6,723.73 |
| David Franca | $5,219.86 | $5,475.18 | $10,695.04 |
| Marcelo Franca | $815.33 | $912.35 | $1,727.68 |
| Violet Francis | $103.09 | $117.42 | $220.51 |
| Manoel Freire Nunes and Maria/Valeria Bergamini | $12,478.48 | $5,781.44 | $18,259.92 |
| Eber Freitas | $58.36 | $66.47 | $124.83 |
| Claudino Furtado Nascimento | $16,845.62 | $2,619.84 | $19,465.46 |
| Erica Garcia | $51,167.02 | $14,874.38 | $66,041.40 |
| Joao Gaspar | $1,904.86 | $2,121.81 | $4,026.67 |
| Paul Gesin | $276.86 | $309.81 | $586.67 |
| Anthony Graffeo | $15,486.15 | $6,224.70 | $21,710.85 |
| Wudthipong Guygaew | $3,583.76 | $3,525.60 | $7,109.36 |
| Gregory Hamilton | $6,147.81 | $4,066.54 | $10,214.35 |
| Otto Hentschke | $1,734.64 | $1,888.54 | $3,623.18 |
| Mario Herrera | $4,787.92 | $4,925.24 | $9,713.16 |
| Yvonne Hill | $3,067.92 | $3,325.98 | $6,393.90 |
| Bong Kim | $1,068.32 | $1,179.27 | $2,247.59 |
| Janet Kirika | $12,914.84 | $3,632.71 | $16,547.55 |
| Stephane Kpalou | $13,673.85 | $5,377.41 | $19,051.26 |
| Zewdu Lakew | $34,429.76 | $13,908.97 | $48,338.73 |
| Robert Lamarche | $30,560.80 | $12,625.10 | $43,185.90 |
| Jose Leandro | $7,714.98 | $1,608.97 | $9,323.95 |
| Lidia Lopez & Nelson Martinez | $107,707.97 | $34,966.53 | $142,674.50 |
| Jean Claude Lougbo | $19,625.64 | $8,740.18 | $28,365.82 |
| David MacDougall | $24,175.22 | $3,654.30 | $27,829.52 |
| Sueda Machado & Antonio Ribero | $22,114.54 | $9,525.24 | $31,639.78 |
| Narcizo Marciel | $282.64 | $319.11 | $601.75 |
| Marta Martinez | $33,919.52 | $5,817.48 | $39,737.00 |
| Kelly McClory | $6,752.51 | $4,768.62 | $11,521.13 |
| David Medina | $1,662.10 | $1,743.40 | $3,405.50 |
| Filemon Mejia & Juselma Mejia (aka Raminho) | $132,800.88 | $44,758.82 | $177,559.70 |

| | | | |
|---|---|---|---|
| Edson Mendonca | $2,027.61 | $2,126.79 | $4,154.40 |
| Jean Michel | $40,537.87 | $13,854.31 | $54,392.18 |
| Maria Milejczak | $32,335.64 | $11,527.51 | $43,863.15 |
| Witold Milejczak | $3,242.13 | $2,356.69 | $5,598.82 |
| Sylvain Mondestin | $14,801.21 | $2,323.18 | $17,124.39 |
| Marcelo Moraes | $7,630.08 | $4,085.68 | $11,715.76 |
| Adilsan Moreira | $1,358.75 | $1,499.86 | $2,858.61 |
| Ronaldo Moreira & Osualdo De Freitas | $121.35 | $138.22 | $259.57 |
| Jose Nascimento | $4,724.45 | $4,991.28 | $9,715.73 |
| Pedro Nascimento | $11,237.80 | $10,999.96 | $22,237.76 |
| Xliene Nascimento & Jatir Viera | $5,990.03 | $6,463.34 | $12,453.37 |
| Sebastiao Neto | $1,222.45 | $1,330.90 | $2,553.35 |
| Bobby Nicholson & Marcea Taylor | $40,608.96 | $15,051.83 | $55,660.79 |
| Steven Nicholson | $119,649.49 | $64,945.50 | $184,594.99 |
| Aquino & Paulo Nunes | $4,170.26 | $4,394.82 | $8,565.08 |
| James Orlando, Jr. & Ernest Currier | $111,706.86 | $39,413.70 | $151,120.56 |
| Angel R. Padilla | $81,693.61 | $28,717.21 | $110,410.82 |
| Cleidson Pedro | $4,738.78 | $4,638.49 | $9,377.27 |
| Mark Pereira | $8,835.35 | $7,301.75 | $16,137.10 |
| Driss & Filomena Rhoufiry | $10,450.57 | $6,738.63 | $17,189.20 |
| Lidia Rojas | $20,538.05 | $7,904.90 | $28,442.95 |
| Martha Roman | $280.14 | $306.42 | $586.56 |
| Neilson Santo | $89,438.94 | $29,318.94 | $118,757.88 |
| D Jango Santos | $5,643.69 | $6,005.15 | $11,648.84 |
| Jaildo Santos | $242.74 | $239.44 | $482.18 |
| Jaildo & Elaine Santos | $2,500.76 | $2,686.02 | $5,186.78 |
| Vanda Serafim | $4,456.05 | $4,830.87 | $9,286.92 |
| Antonio Silva | $1,199.39 | $1,258.05 | $2,457.44 |
| Flavio Silva | $1,268.36 | $1,432.01 | $2,700.37 |
| Maronita Silva | $236,862.24 | $80,026.52 | $316,888.76 |
| Nara Silva | $16,306.19 | $16,205.19 | $32,511.38 |
| Jubert Simon-Hersilia | $47,452.64 | $14,729.47 | $62,182.11 |
| Rogerio Siqueria | $5,512.66 | $5,146.93 | $10,659.59 |
| Magali & Dennis Smith | $58,605.63 | $20,885.65 | $79,491.28 |
| Adolfo Soares & Edilane Lopes | $14,914.22 | $15,643.72 | $30,557.94 |

| | | | |
|---|---|---|---|
| Virgilio & Paulo Soares | $21,589.21 | $21,348.94 | $42,938.15 |
| Dayana Souza | $4,404.63 | $1,672.35 | $6,076.98 |
| Gordon W. Spencer | $1,789.98 | $1,895.50 | $3,685.48 |
| Renato Tomaz | $16,677.82 | $17,326.22 | $34,004.04 |
| Claudio Trinidade and Neuza Reis | $50.65 | $57.95 | $108.60 |
| Ricardo Veiga | $847.60 | $965.47 | $1,813.07 |
| Janeth Velez | $10,216.86 | $4,872.66 | $15,089.52 |
| Valdemar Vieira | $5,446.37 | $5,767.42 | $11,213.79 |
| Julio Cesar Vilela | $139,308.58 | $38,942.55 | $178,251.13 |
| Francis A. Viscione III | $235.45 | $265.83 | $501.28 |
| Paul Vorrias | $10,678.78 | $3,732.83 | $14,411.61 |
| Clive Waugh | $45,096.43 | $22,769.08 | $67,865.51 |
| Jamie Ward | $17,154.39 | $17,768.55 | $34,922.94 |
| Earl Williams | $11,350.94 | $11,538.31 | $22,889.25 |
| Jonas Yohou & Orisa Monteiro | $194,106.58 | $62,870.85 | $256,977.43 |
| Anna Zdzitowiecka | $657.41 | $735.63 | $1,393.04 |
| Claude Zeligou | $16,500.30 | $7,300.54 | $23,800.84 |

Additional pre-judgment interest is to be added to the above damages amounts at the rate of 12% per annum pursuant to M.G.L. c.231, § 6C from September 1, 2013.

These amounts are exclusive of attorneys' fees and costs, which shall be added to the judgment.

2. The claims asserted by the following against Coverall in Plaintiffs' Third and Fourth Amended Complaints in this action are dismissed with prejudice:

Pius Awuah
Richard Barrientos
Phillip Beitz
Aldivar Brandao
Benecira Cavalcante
Geraldo Correia
Manuel DaSilva
Nilton Dos Santos
Marian Lewis

Denisse Pineda
Stanley Stewart

3. Arbitration claimants Pius Awuah and Manuel DaSilva are awarded $34,119 in attorneys' fees and $3,362.12 in costs.

Judgment shall enter forthwith.

SO ORDERED.

*William G. Young*
WILLIAM G. YOUNG
DISTRICT JUDGE

Dated: *Sept 16*, 2013