UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PIUS AWUAH, et al.,<br>Plaintiffs,<br>v.<br>COVERALL NORTH AMERICA, INC.,<br>Defendant. | Civil Action No. 07-10287-WGY |

**NOTICE OF APPEAL**

Notice is hereby given that defendant Coverall North America, Inc. ("Coverall"), appeals to the United States Court of Appeals for the First Circuit from this Court's September 16, 2013, Order entering a Final Amended Judgment.

**COVERALL NORTH AMERICA, INC.**

By its attorneys,

/s/ Matthew Iverson
Matthew Iverson (BBO No. 653880)
matthew.iverson@dlapiper.com
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000

Norman M. Leon
DLA PIPER LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL 60601
(312) 368-4000

Michael D. Vhay (BBO No. 566444)
mvhay@ferriterscobbo.com
FERRITER SCOBBO & RODOPHELE, PC
125 High Street
Boston, MA 02110
(617) 737-1800

Dated: September 24, 2013

**Certificate of Service**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants this same day.

/s/ Matthew J. Iverson