**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption: Awunah v. Coverall North America, Inc.

District Court Number: 07cv10287-WGY

Fee: Paid? Yes _X_ No ____  Government filer ____  *In Forma Pauperis* Yes ____ No ____

Motions Pending   Yes _X_ No ____    Sealed documents   Yes _X_ No ____
*If yes, document #*   600                *If yes, document #*   146,147,155,168,216,223

*Ex parte* documents   Yes ____ No _X_    Transcripts   Yes _X_ No ____
*If yes, document #*                       *If yes, document #*   60,106,230,276,277,278

Notice of Appeal filed by: Plaintiff/Petitioner ____  Defendant/Respondent _X_  Other: ____

Appeal from:
#598 Final Amended Judgment
Other information:
Sealed Documents:224,228,315

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#598 and #601
with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 601 filed on September 24, 2013.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 25, 2013.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

Additional Transcripts:

280,281,282,284,285,297,298,299,323,365,374,375,381,402,438,439,435,453,490,566