# United States Court of Appeals
## For the First Circuit

No. 12-2495

PIUS AWUAH; DENISSE PINEDA; JAI PREM; RICHARD BARRIENTOS; ANTHONY GRAFFEO; MANUEL DA SILVA, and all others similarily situated

Plaintiffs - Appellees

ALDIVAR BRANDAO; NILTON DOS SANTOS; GERALDO CORREIA; PHILLIP BEITZ; MARIAN LEWIS; STANLEY STEWART; BENECIRA CAVALCANTE

Plaintiffs

v.

COVERALL NORTH AMERICA, INC.

Defendant - Appellant

**MANDATE**

Entered: September 25, 2013

In accordance with the judgment of August 30, 2013, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Brant Casavant
Matthew J. Iverson
Norman M. Leon
Harold L. Lichten
Shannon Liss-Riordan
David S. Rosenthal
Hillary A. Schwab
John Matthew Simon
Claret Vargas

Michael D. Vhay