**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PIUS AWUAH, et al., and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COVERALL NORTH AMERICA, INC., <br><br> Defendant | Civil Action No. <br> 07-10287-WGY |

**NOTICE OF CROSS-APPEAL**

On behalf of the class, Plaintiffs hereby give notice that they cross-appeal to the United States Court of Appeals for the First Circuit from this Court's decision to:

- Grant summary judgment to Defendant Coverall North America, Inc. with respect to workers who contracted directly with "master franchisees" (District Court's ruling dated 2/9/10 and entered 2/11/10, granting Coverall's Second Motion for Summary Judgment, Doc. 194) (and 7/16/13 denial of Plaintiffs' motion for reconsideration, Doc. 578);

- Enter judgment on behalf of Coverall with respect to the wage claims brought by workers Benecira Cavalcante and Geraldo Correia (including District Court's rulings of 5/10/10 and 5/11/10 precluding these plaintiffs from proceeding with their wage claims, and denials of Plaintiffs' motions for reconsideration, Docs. 271, 343, 577);

- Enter judgment on behalf of Coverall with respect to Aldivar Brandao (May 26, 2010).

Plaintiffs cross-appeal from the Final Amended Judgment entered in this action on September 16, 2013, to the extent that it entered any rulings adverse to Plaintiffs, including the entry of judgment in favor of Coverall with respect to these plaintiffs.

        Respectfully submitted,

        PIUS AWUAH, et al.,

        By their attorneys,

        /s/ Shannon Liss-Riordan
        Shannon Liss-Riordan, BBO #640716
        LICHTEN & LISS-RIORDAN, P.C.
        100 Cambridge Street, 20th Floor
        Boston, MA 02114
        (617) 994-5800

Dated: October 9, 2013

## CERTIFICATE OF SERVICE

    I hereby certify that on October 9, 2013, a copy of this document was served by electronic filing on all counsel of record.

        /s/ Shannon Liss-Riordan
        Shannon Liss-Riordan, Esq.